No. 11–11102. GAREY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–82. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION *v.* McGOWEN. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 12–111. JEFFERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–331. SAMSON ET AL. *v.* CITY OF BAINBRIDGE ISLAND, WASHINGTON. C. A. 9th Cir. Motion of Pacific Legal Foundation et al. for leave to file brief as *amici curiae* granted. Certiorari denied.

No. 12–339. PICTURE PATENTS LLC ET AL. *v.* AEROPOSTALE, INC., ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE BREYER and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–351. CUMMINGS ET AL. *v.* DOUGHTY. 5th Jud. Dist. Ct. La., Franklin Parish. Motion of American Bankers Association et al. for leave to file brief as *amici curiae* granted. Certiorari denied.

No. 12–358. SNYDER ET AL. *v.* NEW YORK STATE EDUCATION DEPARTMENT ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.